IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SKIN CONSULTANTS, LLC, and                                                PLAINTIFFS
J&K MANAGEMENT, LLC

V.                                                                          CIVIL ACTION NO. 4:17-CV-166-SA-RP

TEXTRON AVIATION, INC., TEXTRON, INC.,
TEXTRON AVIATION RHODE ISLAND, INC., and
WILLIAMS INTERNATIONAL CORPORATION                                          DEFENDANTS

ORDER

For all of the reasons fully discussed in a separate memorandum opinion issued this same day, the Court finds that it has personal jurisdiction over the Defendants in this case.

The Defendants' Motions to Dismiss, or alternatively, to Compel Arbitration [6, 13] are DENIED in part, and GRANTED in part. The Defendants' request to dismiss the Plaintiffs' claims is DENIED. The Defendants' request to compel arbitration is GRANTED.

The Parties' shall arbitrate their claims pursuant to the terms of their respective contracts. This Case is STAYED and administratively closed pending the outcome of the arbitration. Within 30 days of the date of this order, the Parties shall provide notice to the Court on the docket that arbitration has been scheduled.

So ORDERED on this the 26th day of September, 2018.

                                                      /s/ Sharion Aycock
                                                      UNITED STATES DISTRICT COURT JUDGE