IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SKIN CONSULTANTS, LLC, and                                    PLAINTIFFS
J&K MANAGEMENT, LLC

V.                                              CIVIL ACTION NO. 4:17-CV-166-SA-RP

TEXTRON AVIATION, INC., TEXTRON, INC.,
TEXTRON AVIATION RHODE ISLAND, INC., and
WILLIAMS INTERNATIONAL CORPORATION                            DEFENDANTS

AGREED ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

Now before the Court is the Parties' Joint Motion to Dismiss [42] this case *with prejudice*. The Court was advised that this action was settled, and that the Parties have executed a *Confidentiality and Settlement Agreement*.

Therefore, IT IS ORDERED that this action be DISMISSED *with prejudice* with each party to bear its own attorneys' fees and costs. This CASE is CLOSED.

This the 13th day of December, 2018.

                                              /s/ Sharion Aycock
                                              UNITED STATES DISTRICT JUDGE